# UNITED STATES DISTRICT COURT

for the

__Middle__ District of __Florida__

__Orlando__ Division

PROVIDED TO TOMOKA CORRECTIONAL INSTITUTION ON __2/13/23__ FOR MAILING BY __AB__

Case No. __6:23-CV-260-PGB-LHP__

(to be filled in by the Clerk's Office)

__SHAWN McDUFFIE__
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__"See attached" (p. 1a.)__
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

2023 FEB 15 PM 2:58
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

SHAWN McDUFFIE,
  Plaintiff,

v.                                              Case No.: _____

CENTURION OF FLORIDA, L.L.C.;
DR. JORGE DELGADO, Physician (Dade C.I.);
DR. FRANCK PAPILLON, C.H.O. (Dade C.I.);
JOHN DOE 1, H.S.A. (Dade C.I.);
DR. YVES RESILARD, C.H.O. (Martin C.I.);
A____?____ DIAZ, H.S.A. (Martin C.I.);
J____?____ FRENCH, H.S.A. (Martin C.I.);
JOHN HOLTZ, Ass. Warden (Martin C.I.);
DR. ____?____ TAHER, Ophthalmologist;
DR. A____?____ MARTINEZ, Physician (RMC);
COURTNEY R. WINCHESTER, C.N.A. (RMC);
DR. PATRICIA A. JONES, C.H.O. (RMC);
JOHN DOE 2, H.S.A., (RMC);
DR. VIKRAM POONIA, A.P.R.N. (Tomoka C.I.);
____?____ AULT, H.S.A. (Tomoka C.I.);
DR. JASON BRENES, Reg. Med. Dir.
                    Defendants

p.l.a

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　Name: Shawn Christopher McDuffie
　　All other names by which you have been known: Sean McDuffie – Sean C. McDuffie – Sean Christopher McDuffie – Shawn McDuffy
　　ID Number: 703278
　　Current Institution: Tomoka Correctional Institution
　　Address: 3950 Tiger Bay Road
　　Daytona Beach, Florida 32124
　　　City　　State　　Zip Code

　B. **The Defendant(s)**

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

　　Defendant No. 1
　　　Name: Centurion of Florida
　　　Job or Title *(if known)*: Health Service Provider – (Private Contractor)
　　　Shield Number: N/A
　　　Employer: Florida Department of Corrections (FDOC)
　　　Address: 1203 Governor's Square, Blvd., Suite 600
　　　Tallahassee, Florida 32301
　　　　City　　State　　Zip Code
　　　[X] Individual capacity　　[X] Official capacity

　　Defendant No. 2
　　　Name: Jorge Delgado
　　　Job or Title *(if known)*: General Physician (Dade C.I.)
　　　Shield Number: N/A
　　　Employer: Centurion of Florida
　　　Address: 19000 S.W. 377th Street
　　　Florida City, Florida 32034
　　　　City　　State　　Zip Code
　　　[X] Individual capacity　　[ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Franckk Papillon
Job or Title (if known): Chief Health Officer (CHO) - (Dade C.I.)
Shield Number: N/A
Employer: Centurion of Florida
Address: 19000 S.W. 377th Street
Florida City, Florida 32034

[X] Individual capacity   [ ] Official capacity

Defendant No. 4
Name: John Doe 1
Job or Title (if known): Health Service Administrator (HSA) - (Dade C.I.)
Shield Number: N/A
Employer: Centurion of Florida
Address: 19000 S.W. 377th Street
Florida City, Florida 32034

See Appendix A (additional Defendants)

[X] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Amendment (Retaliation) - Eighth Amendment (Inadequate Health Care)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Def. (1): Centurion of Florida is a private cooperation contracted to provide health services to Inmates in FDOC;

Def. (2);(3);(4);(5);(6); (7);(10);(11);(12);(13);(14);(15);(16): Are all Individual employee's of Centurion of Florida

Def: (8): is the assistant warden responsible for managing health care at Martin C.I.

Def: (9): is an Ophthalmologist who subcontracts work from Centurion to provide health services to FDOC Inmates

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Claim 1 - Dade C.I. - (October 2-26, 2018)
Claim 2 - Martin C.I. - (October 26 - April 30, 2019)
Claim 3 - Dr. Taher - (February 11 - May 16, 2019)
Claim 4 - RMC - (April 15 - May 29, 2020)
Claim 5 - Martin C.I. - (May 29 - September 15, 2020)
Claim 6 - RMC - (October 22, 2020)
Claim 7 - Tomoka C.I. - (October 12, 2021 - Nov. 29, 2021)
Claim 8 - all - (Oct. 2, 2018 - Present)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

See Subsection B (above)

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See APPENDIX B

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

**Detached Retina - (Right Eye)**
A detached retina is an injury that requires immediate medical attention. I was denied treatment at Dade C.I. and my treatment was delayed at Martin C.I. for over four months. The resulting injury, a direct result of the delay in treatment, is a complete loss of vision in one eye and a serious debility in the other eye as well.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I will be requesting both compensatory and punitive damages from each defendant. I have a very serious permanent physical injury and I have and will continue to suffer mental and emotional injury. I do not wish to set amounts at this stage and I intend to have a jury award the amount requested.

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Dade C.I.
Martin C.I.
Reception and Medical Center
Tomoka C.I.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At each institution: Dade C.I.; Martin C.I.; RMC; Tomoka C.I.

2. What did you claim in your grievance?

That I was being denied adequate care and that I feared the delay was causing further injury

3. What was the result, if any?

Most were denied. Some where approved.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appealed to highest level over seven (7) times. My grievances detailed relevant facts named parties which were known by name and named titles when proper names where not known.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

*Claim 6 is unexhausted because I was ordered not to and afraid of violence and denial of further treatment*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*The specific conduct that gives rise to all claims except claim 6, has been thoroughly exhausted.*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

N/A

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Shawn McDuffie
   Defendant(s) Officers at the Brevard County Jail. (I do not remember the officers I named).

2. Court *(if federal court, name the district; if state court, name the county and State)*

   I do not remember whether I filed in State or Federal Court. Probably was Federal

3. Docket or index number
   Unknown 2007 or 2008

4. Name of Judge assigned to your case
   Unknown

5. Approximate date of filing lawsuit
   2007 or 2008

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition   2007 or 2008

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   I am not certain, but I think I dismissed it. The court may have dismissed it. I do not remember.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 13, 2023

Signature of Plaintiff: *Shawn McDuffie*
Printed Name of Plaintiff: Shawn McDuffie
Prison Identification #: 703278
Prison Address: 3950 Tiger Bay Road
Daytona Beach, Florida 32124

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____